UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CASE NO. 5:23-CR-82-KKC-MAS-3

UNITED STATES OF AMERICA                                              PLAINTIFF

v.

WENCESLAO MARISCAL VALLEJO                                  DEFENDANT

**ENTRY OF APPEARANCE
AND SUBSTITUTION OF COUNSEL**

Please take notice that the undersigned hereby enters his appearance as counsel of record for the Defendant, Wenceslao Mariscal Vallejo, in the above-styled action. Please direct all future notices/filings to the undersigned at the following address:

CHRISTOPHER A. SPEDDING
Miller Griffin & Marks, P.S.C.
271 W. Short Street
Security Trust Building, Suite 600
Lexington, KY  40507
859-255-0050
cspedding@kentuckylaw.com

Respectfully Submitted,

*/s// Christopher A. Spedding, Esq.*
CHRISTOPHER A. SPEDDING
Attorney at Law
271 W. Short St., Ste. 600
Lexington, KY 40507
(859) 255-0050
cspedding@kentuckylaw.com

## CERTIFICATE

I hereby certify that on this 16th day of August, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Christopher A. Spedding
**CHRISTOPHER A. SPEDDING**